```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                 :

    - v. -                               :        **ORDER**

MARTIN SMELING NUNEZ,                    :        S1 08 Cr. 709 (DLC)
   a/k/a "Chicho,"
                                         :
              Defendant.
                                         :
- - - - - - - - - - - - - - - - - -x

COTE, J.:

    IT IS HEREBY ORDERED that for the reasons stated on the record on August 7, 2008, the above-named defendant's bail shall be modified by adding the following condition:

    The defendant shall not communicate or contact, nor cause any communication or contact, with any Government witness [person he knows to be a] in this case.

SO ORDERED.

DATED:     August 11, 2008
          New York, New York

                                 _____
                                 Hon. Denise Cote
                                 United States District Judge