ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA       :

    - v. -                    :     **ORDER**

                                     S1 08 Cr. 709 (DLC)
MARTIN SMELING NUNEZ,         :
    a/k/a "Chicho,"
HECTOR MELO,                  :

            Defendants.     :

- - - - - - - - - - - - - - - - - -x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Todd Blanche;

It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
      August 6, 2008

                                             _____
                                             UNITED STATE MAGISTRATE JUDGE

                                             RONALD L. ELLIS
                                             United States Magistrate Judge
                                             Southern District of New York

[ELECTRONICALLY FILED 8/6/08]