```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    08 CR. 709 (DLC)
                                         :
        -v-                              :         ORDER
                                         :
MARTIN SMELING NUNEZ,                    :
                                         :
              Defendant.                 :
                                         :
-----------------------------------------X
```

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 8-14-08 |

DENISE COTE, District Judge:

    For the reasons stated on the record on August 14, 2008, it is hereby

    ORDERED that C.J.A. attorney, Gary Villanueva, is appointed as additional counsel for defendant Martin Smeling Nunez effective this day.

Dated:    New York, New York
           August 14, 2008

                                  _____
                                       DENISE COTE
                                United States District Judge

COPIES SENT TO:

**Gary Villanueva, Esq.**
**401 Broadway**
**New York, NY 10013**

C.J.A. Clerk