Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

Southern District of New York

United States of America

Martin Smeling Nunez

Docket No. 1:08-cr-709-DLC-1

Denise L. Cote
(District Court Judge)

Notice is hereby given that __Martin Smeling Nunez__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [X] __Judgment & Sentence__
(specify)

entered in this action on __February 6, 2009__
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

This appeal concerns: Conviction only [ ]    Sentence only [ ]    Conviction and Sentence [✓]

Date __February 10, 2009__
TO

Paul S., Brenner, Esq.
(Counsel for Appellant)

Address  401 Broadway

Suite 306

New York, N.Y. 10013

Telephone Number: 212-431-4880

ADD ADDITIONAL PAGE (IF NECESSARY)

FILED FEB 17 2009 S.D. OF N.Y.

FEB 10 2009

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[✓] Prepare proceedings  Plea<br>[ ] Trial<br>[✓] Sentencing<br>[ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment    [ ] Funds  [✓]    CJA Form 24 [ ]

ATTORNEY'S SIGNATURE    DATE  February 1, 2009

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05

# **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss: :
COUNTY OF NEW YORK)

RONALD PERRO, being duly sworn, deposes and says:

That I am not a party to the within action, am over the age of eighteen years, and resides at 33 North Clinton Avenue, Apartment 615, Bay Shore, New York.

That on the 10th day of February, 2009, I have served the within Notice of Appeal, through the U.S. Postal Service, with postage pre-paid thereon, addressed to the following parties:

        Todd Blanche, Esq.
        Assistant U.S. Attorney
        One Saint Andrews Plaza
        New York, N.Y. 10007

        John Garzon, Esq.
        46-12 Queens Boulevard
        Suite 204
        Sunnyside, N.Y. 11104

        _____
        Ronald Perro

SWORN TO BEFORE ME THIS

10th DAY OF FEBRUARY, 2009

_____
Notary Public

INGRID E. LEON
Notary Public, State of New York
No. 01-LE6008577
Qualified in New York County
Commission Expires June 15, 2010